UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )<br>  ) Criminal No. 05-0151 (PLF)<br>TIMOTHY D. NAEGELE,  )<br>  )<br>Defendant.  )<br>_____) | |

FILED

MAY 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that [23] defendant's motion to dismiss Count 9 of the indictment (Pretrial Motion No. 2) is GRANTED; it is

FURTHER ORDERED that [25] defendant's motion to dismiss Count 10 of the indictment (Pretrial Motion No. 3) is DENIED; it is

FURTHER ORDERED that [26] defendant's motion to dismiss Counts 1 through 4 of the indictment (Pretrial Motion No. 1) is GRANTED with respect to Counts 1 through 3 and DENIED with respect to Count 4; it is

FURTHER ORDERED that Counts 1, 2, 3, and 9 of the indictment are DISMISSED; and it is

FURTHER ORDERED that [30] [36] defendant's motion to dismiss Count 11(B)(c) of the indictment or in the alternative to strike as prejudicial surplusage (Pretrial Motion No. 5) is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 2, 2006